IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-92-370-CR




JACK WILBURN DELONEY,



 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT





NO. 90-242, HONORABLE CHARLES R. RAMSAY, JUDGE



 




PER CURIAM


 This is an appeal from a judgment of conviction for attempted murder. Punishment
was assessed at confinement for 20 years.

 Appellant and the State have filed a joint motion to withdraw the appeal. No
decision of this Court has been delivered. The motion is granted and the appeal is dismissed. See
Tex. R. App. P. Ann. 59(b) (Pamph. 1992).



[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith; Justice Aboussie

 not participating]

Dismissed On Joint Motion

Filed: August 12, 1992

[Do Not Publish]








August 12, 1992






Mr. Douglas D. Behrendt

130 E. San Antonio 

San Marcos, Texas 78666


Honorable Charles R. Kimbrough

Criminal District Attorney

Caldwell County Courthouse

P. O. Box 869

Lockhart, Texas 78644



 Re: No. 3-92-370-CR--Jack Wilburn Deloney v.

 The State of Texas

 (t/c no. 90-242)


Counsel:


In accordance with Rule 91, Texas Rules of Appellate Procedure, enclosed is a copy of the
opinion and judgment handed down by this Court on this date in the above cause.


The Court's mandate has been issued this date to the clerk of the trial court under separate cover.


 Very truly yours,


 W. KENNETH LAW, CLERK



 By

 Ora Aranda, Deputy

Enclosures


xc: State Prosecuting Attorney

 Clerk, Court of Criminal Appeals

 Honorable Charles R. Ramsay, District Judge

 Ms. Emma Jean Schulle, District Clerk


MR. DOUGLAS D. BEHRENDT

130 E. SAN ANTONIO 

SAN MARCOS TX 78666

HONORABLE CHARLES R. KIMBROUGH

CRIMINAL DISTRICT ATTORNEY

CALDWELL COUNTY COURTHOUSE

P. O. BOX 869

LOCKHART TX 78644

HONORABLE CHARLES R RAMSAY

JUDGE PRESIDING

22ND JUDICIAL DISTRICT COURT

CALDWELL COUNTY COURTHOUSE

LOCKHART TX 78644

MRS EMMA JEAN SCHULLE 

DISTRICT CLERK

CALDWELL COUNTY COURTHOUSE

P O BOX 749

LOCKHART TX 78644

TRIAL COURT NO. 90-242



THE STATE OF TEXAS.


TO THE 22ND DISTRICT COURT of CALDWELL COUNTY - GREETINGS:


 Before our COURT OF APPEALS, on the 12th of August A.D. 1992, the cause upon appeal to
revise or reverse your Judgment between




 JACK WILBURN DELONEY, Appellant,

No. 3-92-370-CR vs. 

 THE STATE OF TEXAS, Appellee,


was determined; and therein our said COURT OF APPEALS made its orders in these words:


THIS CAUSE came on to be heard on joint motion of appellant and the State to withdraw the appeal and
the same being considered, because it is the opinion of this Court that the same should be granted: it is
ORDERED, ADJUDGED and DECREED by the Court that appellant be allowed to withdraw notice of
appeal and that the appeal be dismissed; and it appearing that the appellant is indigent and unable to pay
costs, that no adjudication as to costs is made; and that this decision be certified below for observance.


 WHEREFORE, We command you to observe the order of said COURT OF APPEALS in this
behalf and in all things have it duly recognized, obeyed and executed.

 

 WITNESS the HONORABLE JIMMY CARROLL, Chief Justice
of our said COURT OF APPEALS for the Third District of Texas,
with the seal thereof annexed, at the City of Austin, this the 12th
day of August A.D. 1992.


 W. KENNETH LAW, CLERK




 By:  , Deputy

    Ora Aranda








August 12, 1992






Mrs. Emma Jean Schulle

District Clerk

Caldwell County Courthouse

P. O. Box 749

Lockhart, Texas 78644

 Re: No. 3-92-370-CR--Jack Wilburn Deloney v. State of
Texas

 (t/c no. 90-242)


Dear Mrs. Schulle:


Enclosed, with reference to the above cause, is the mandate of this Court. Please acknowledge
your receipt of same by returning the enclosed card to this office, appropriately completed.


Your cooperation in this regard is appreciated.


 Very truly yours,


 W. KENNETH LAW, CLERK



 by

 Ora Aranda, Deputy


Enclosures to Clerk


xc: Mr. Douglas D. Behrendt

 Honorable Charles R. Kimbrough

IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 



JUDGMENT RENDERED AUGUST 12, 1992


 




NO. 3-92-370-CR




JACK WILBURN DELONEY V. THE STATE OF TEXAS


APPEAL FROM 22ND DISTRICT COURT OF CALDWELL COUNTY


BEFORE CHIEF JUSTICE CARROLL, JUSTICES ABOUSSIE AND B. A. SMITH;


JUSTICE ABOUSSIE NOT PARTICIPATING


DISMISSED ON JOINT MOTION -- PER CURIAM OPINION





THIS CAUSE came on to be heard on joint motion of appellant and the State to withdraw the
appeal and the same being considered, because it is the opinion of this Court that the same should
be granted: it is ORDERED, ADJUDGED and DECREED by the Court that appellant be allowed
to withdraw notice of appeal and that the appeal be dismissed; and it appearing that the appellant
is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision
be certified below for observance.